# Williams v. The State.

APPEAL from the Dale Circuit Court.
Tried before the Hon. A. A. EVANS.

ESPY, FARMER & ESPY, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant in this case, Walt Williams, was indicted, tried and convicted for murder in the first degree and sentenced to be hanged. Among the other charges requested by the defendant, and which the court refused to give, was the following: "The court charges the jury that if upon considering all the evidence they have a reasonable doubt of defendant's guilt, arising out of any part of the evidence, they must find the defendant not guilty." On the present appeal the court holds that this charge should have been given. *Hale v. State*, 122 Ala. 236.

The judgment is reversed, and the cause remanded.

Opinion by MCCLELLAN, C. J.